UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

JOSE MARIO PEREZ, JR.,

                 **Plaintiff,**

        -against-

REDROCK-FO LLC, REDROCK-SAT LLC, REDROCK-AT LLC, REDROCK-STT LLC, REDROCK REALTY ASSOCIATES LLC, THE UPS STORE, INC. AND CRESCENT NYC LLC,

                 **Defendants.**

------------------------------------------------------------ x

1:24-cv-04037 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On October 4, 2024, Defendant The UPS Store, Inc. ("TUPSS") filed a status report in response to the Court's August 30, 2024 order to inform that Court that TUPSS intends to file a motion to dismiss Plaintiff's Amended Complaint as to TUPSS. The Court sets the following briefing schedule:

    Defendant's Motion to Dismiss:                November 6, 2024

    Plaintiff's Opposition:                           November 20, 2024

    Defendant's Reply:                               November 27, 2024

**SO ORDERED.**

**Dated:   October 16, 2024**
           **New York, New York**

_/s/ Andrew L. Carter, Jr._
    **ANDREW L. CARTER, JR.**
    **United States District Judge**