UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

JOSE MARIO PEREZ, JR.,

            Plaintiff,

-v-

REDROCK-FO LLC, *et al.*,

            Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/8/2025
```

**ORDER**

24-CV-4037 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On September 5, 2025, the Parties filed a joint letter requesting a stay of the current discovery schedule or, alternatively, to schedule a conference to address outstanding discovery. ECF No. 69.

    A conference is scheduled to address outstanding discovery on **September 17, 2025** at **11:00 a.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 674 840 064#).

**SO ORDERED.**

Dated: September 8, 2025
       New York, New York

                                                                 _____
                                                                  Henry J. Ricardo
                                                                  United States Magistrate Judge