```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE MARIO PEREZ, JR.,

        Plaintiff,

-v-

REDROCK-FO LLC, *et al.*,

        Defendants.

**ORDER**

24-CV-4037 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 9, 2025, the Parties filed a letter motion to adjourn the conference scheduled for September 17, 2025. ECF No. 71.

The letter motion at ECF No. 71 is **GRANTED** and the conference is adjourned to **September 18, 2025** at **11:00 a.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 674 840 064#).

**SO ORDERED.**

Dated: September 10, 2025
       New York, New York

                                        Henry J. Ricardo
                                        United States Magistrate Judge