```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE MARIO PEREZ, JR.,

               Plaintiff,

-v-

REDROCK-FO LLC, *et al.*,

               Defendants.

**ORDER**

24-CV-4037 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On September 18, 2025, the Court held a status conference with the Parties. As discussed at the conference, Defendants will serve their discovery requests on Plaintiff, as well as their objections and responses to Plaintiff's discovery requests, by **October 3, 2025**. A further status conference will be held on **October 10, 2025** at **10:30 a.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 458 828 913#).

SO ORDERED.

Dated: September 18, 2025
       New York, New York

                                          Henry J. Ricardo
                                          United States Magistrate Judge

1